**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM F. BYRNE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE CLEVELAND CLINIC, et al.** | : | |
| **Defendants.** | : | **NO. 09-889** |

## AMENDED ORDER

AND NOW, this 8th day of February 2010, upon consideration of Defendants' motions to

dismiss (Docket Nos. 13 and 14), and for the reasons set forth in the Memorandum issued on

February 5, 2010, it is hereby ORDERED that the motions are GRANTED IN PART and

DENIED IN PART, as follows:

1. To the extent that Mr. Byrne brings a stabilization claim under the Emergency

   Medical Treatment and Active Labor Act ("EMTALA"), the motions to dismiss

   are GRANTED and the stabilization claim is DISMISSED with prejudice;

2. The motions to dismiss are DENIED as to Mr. Byrne's screening claim under

   EMTALA; and

3. Mr. Byrne's breach of implied contract claim is dismissed with prejudice.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge