IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM F. BYRNE, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE CLEVELAND CLINIC and | : | NO. 09-889 |
| THE CHESTER COUNTY HOSPITAL, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 30th day of November 2010, upon consideration of Plaintiff William F. Byrne's Request to Compel Discovery, filed November 17, 2010 (Docket No. 74), and Response of Defendant, the Chester County Hospital, to Plaintiff's Request to Compel Discovery, filed November 19, 2010 (Docket No. 76), it is ORDERED the motion is DENIED with prejudice.

Upon consideration of Mr. Byrne's letter, dated November 18, 2010, requesting an extension to supplement his response to Defendants' motions for summary judgment, and Defendant Chester County Hospital's response, dated November 22, 2010 (Docket No. 80), it is FURTHER ORDERED Mr. Byrne shall have until December 13, 2010 to file his supplemental responses.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge