IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM F. BYRNE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE CLEVELAND CLINIC and | : | NO. 09-889 |
| THE CHESTER COUNTY HOSPITAL, | : | |
| Defendants. | : | |

# ORDER

AND NOW, this 17th day of March 2011, upon consideration of Plaintiff William F. Byrne's "Request for reconsideration of Judges Order of 11/30/10" (Docket No. 84), and "Motion/Request for Clarity of EMTALA Issues USDCEDPA," (Docket No. 85) and Defendant Chester County Hospital's responses thereto (Docket Nos. 86 and 87), it is ORDERED that the Motion (Docket Nos. 84 and 85) is DENIED.

                                                                                  BY THE COURT:

                                                                                  S/Gene E.K. Pratter
                                                                                   GENE E.K. PRATTER
                                                                                   United States District Judge