IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM F. BYRNE, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE CLEVELAND CLINIC and | : | NO. 09-889 |
| THE CHESTER COUNTY HOSPITAL, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 30th day of March 2011, upon consideration of the Motion for Summary Judgment on Behalf of Defendant the Cleveland Clinic Pursuant to Federal Rule of Civil Procedure 56 (Docket No. 51), Response to Cleveland Clinic's Motion for Summary Judgment (Docket No. 57), Supplemental Brief in Support of the Motion for Summary Judgment on Behalf of Defendant The Cleveland Clinic (Docket No. 79), Supplemental Response to Summary Judgment for The Cleveland Clinic (Docket No. 88), and all attachments thereto, it is ORDERED that the Motion (Docket No. 51) is GRANTED.

It is FURTHER ORDERED that Judgment is hereby entered in favor of Defendant The Cleveland Clinic and against Plaintiff William F. Byrne.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge