IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM F. BYRNE : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| CHESTER COUNTY HOSPITAL, : | |
| : | NO. 09-889 |
| Defendant. : | |

# ORDER

AND NOW, this 18th day of September, 2012, upon consideration of the Plaintiff's Amended Complaint (Docket No. 4), the Defendant's Motion for Summary Judgment and Reply in Support of the Motion (Docket Nos. 48-49, 53), the Plaintiff's Opposition to the Motion (Docket Nos. 50, 57), the Defendant's Supplemental Brief (Docket No. 78), and the Plaintiff's Supplemental Response (Docket No. 88), it is hereby ORDERED that the Defendant's Motion for Summary Judgment is GRANTED.  The Clerk of Court shall mark the action as closed.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE