IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM F. BYRNE | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHESTER COUNTY HOSPITAL, | : | |
| | : | |
| | : | NO. 09-889 |
| Defendant. | : | |

## CIVIL JUDGMENT

Before the Honorable Gene E.K. Pratter

AND NOW, this 19th day of September, 2012, in accordance with the Court's Memorandum and Opinion (Docket No. 94) and Order (Docket No. 95) granting Defendant's Motion for Summary Judgment (Docket No. 48), IT IS ORDERED that Judgment is hereby entered in favor of Defendant, and against Plaintiff.

BY THE COURT
ATTEST:


S/Rose A. Barber
Rose A. Barber
Deputy Clerk to Hon. Gene E.K. Pratter

Copies forwarded by ECF to:
Amalia V. Romanowicz
Robin Locke Nagele

Copy forwarded by mail to:
William F. Byrne